No. 138, Misc. CHAPMAN v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 139, Misc. DANIELS v. TUCKER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 141, Misc. MCALLISTER v. PINTO, SUPERINTENDENT, NEW JERSEY STATE PRISON FARM. C. A. 3d Cir. Certiorari denied.

No. 150, Misc. HULLOM v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 152, Misc. HYDE v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se*. *Edward S. Silver* and *William I. Siegel* for respondent.

No. 171, Misc. RODRIGUEZ v. JACKSON, WARDEN. C. A. 2d Cir. Certiorari denied. Reported below: 246 F. 2d 730.

No. 185, Misc. WOOD v. GRAHAM, WARDEN. Supreme Court of Utah. Certiorari denied.

No. 187, Misc. AMAYA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, and *Beatrice Rosenberg* for the United States.

No. 191, Misc. WILSON v. HAND, WARDEN. Supreme Court of Kansas. Certiorari denied.